

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

**NO. PD-0515-24**

**EX PARTE LUIS GUSTAVO GARCIA LOPEZ, Appellant**

**ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
FROM THE DALLAS COURT OF APPEALS
KINNEY COUNTY**

*Per curiam.* YEARY, **J., dissented.**

## O P I N I O N

Appellant was arrested for trespassing on private property. *See* TEX. PENAL CODE § 30.05(a). He filed a pretrial application for a writ of habeas corpus, arguing that the State was selectively prosecuting him in violation of his equal protection rights. The trial court denied relief, Appellant appealed, and the court of appeals affirmed the trial court's ruling denying relief.[1]

---

[1]*Ex parte Lopez*, No. 05-24-00082-CR (Tex. App.—Dallas March 27, 2024).

Appellant has filed a petition for discretionary review, arguing that the court of appeals applied the wrong standard when reviewing his equal protection claim. We recently handed down our opinion in *Ex parte Aparicio*, No. PD-0461-23, ___ S.W.3d ___ (Tex. Crim. App. October 9, 2024), in which we held that Aparicio's selective prosecution claim was cognizable in a pretrial habeas application. We also held that Aparicio did not make a prima facie showing that he was arrested and prosecuted because of his gender.

Consistent with our opinion in *Aparicio*, we grant review on our own motion of the following ground:

> Did Appellant make a prima facie showing that he was arrested and prosecuted because of his gender?

Accordingly, we vacate the judgment of the court of appeals and remand the case to that court in light of our opinion in *Aparicio*. Appellant's petition is refused. No motion for rehearing will be entertained, and the Clerk is instructed to immediately issue mandate.

DATE DELIVERED: DECEMBER 11, 2024
DO NOT PUBLISH